IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER MOORE, § § Plaintiff, § § VS. § ATTORNEY GENERAL MICHAEL B. § MUKASEY, *et al.*, § § Defendants. § | CIVIL ACTION NO. H-08-1923 |

## ORDER OF DISMISSAL

In this case, the defendant's motion to dismiss was granted on October 9, 2008 and the plaintiff, Walter Moore, was ordered to file any amended complaint by November 14, 2008. No amended complaint has been filed and no further activity is reflected in the court's docket sheet. Accordingly, this case is dismissed, for the reasons stated in this court's October 9, 2008 Memorandum and Order.

SIGNED on October 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge