IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-1923 |
| | § | |
| ATTORNEY GENERAL MICHAEL B. MUKASEY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Order of even date, this action is dismissed.

SIGNED on December 24, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge