IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER MOORE, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-08-1923 |
| § | |
| MICHAEL B. MUKASEY, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

The Court certifies, under Fed. R. App. P. 24(a)(3), that Moore's appeal is not taken in good faith. He will not be permitted to proceed on appeal *in forma pauperis*. Accordingly, to the extent that Moore seeks *in forma pauperis* status on appeal, it is denied. He is advised, however, that he may file a motion in the Court of Appeals to proceed on appeal *in forma pauperis* within thirty days after service of this Order. *See* FED. R. APP. P. 24(a)(5).

Moore's motion for leave to proceed as a pauper on appeal, (Docket Entry No. 20), is denied.

SIGNED on March 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge